Minnie Greenberg, defendant in error, v. Chicago Cab Company, plaintiff in error. Gen. No. 37,253.

Heard in the first division of this court for the first dis-

trict at the February term, 1934. Opinion filed April 30, 1934.

Stebbins, McKinley & Price and John M. Allen, for plaintiff in error; Lewis A. Stebbins, of counsel. Philip Rosenthal, for defendant in error; Krohn & MacDonald and Stuart B. Krohn, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.